Form 8
(10/05)

# United States Bankruptcy Court
## Western District of Oklahoma

In re **Sandra Ann Ware**
                                Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■     I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐     I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■     I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **DEBTOR'S HALF INTREST IN REAL ESTATE PROPERTY LEGALLY DESCRIBED AS UNIT 11939, SURREY HILLS LUXURY CONDOMIMINIUMS, A UNIT OWNERSHIP ESTATE DATED THE 2ND DAY OF SEPTEMBER, 1997 AND RECORDED IN BOOK 2105, PAGE 206 AND THE DECLARATION OF AMEND** | **COUNTRYWIDE HOME LOANS** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date **November 19, 2008**               Signature   **/s/ Sandra Ann Ware**
                                                                                 **Sandra Ann Ware**
                                                                                  Debtor