UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

**FILED**
JAN 0 9 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

IN RE THE DISBARMENT OF    )
                           )   Misc. No. 7
SAM GEORGE CAPORAL         )

## ORDER

This Court having received a copy of an order filed November 24, 2014, from the Supreme Court of the State of Oklahoma approving the resignation of Sam George Caporal from the practice of law pending disciplinary proceedings,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that in accordance with Local Civil Rule 83.6(a), that said Sam George Caporal be disbarred from the practice of law before this Court.

Dated this __9th__ day of January, 2015.

_____
VICKI MILES-LaGRANGE, CHIEF
UNITED STATES DISTRICT JUDGE

_____
ROBIN J. CAUTHRON
UNITED STATES DISTRICT JUDGE

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

ATTEST: A true copy of the original
Carmelita Reeder Shinn, Clerk
By_____
Deputy